950

No. 86–467.  LANGLEY ET AL. v. YOUNG.  C. A. 6th Cir. Certiorari denied.

No. 86–469.  ORANGE v. BOMERSHEIM ET AL.  C. A. 8th Cir. Certiorari denied.

No. 86–480.  DARBY DENTAL SUPPLY CO., INC., ET AL. v. PREMIER DENTAL PRODUCTS CO.  C. A. 3d Cir.  Certiorari denied.

No. 86–502.  CUMBERLAND OIL CORP. ET AL. v. THROPP ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 86–507.  TRANS INTERNATIONAL AIRLINES v. NEWSOME ET AL.  Sup. Ct. Ala.  Certiorari denied.

No. 86–513.  ORTHO PHARMACEUTICAL CORP. v. WELLS, BY HER MOTHER AND NEXT FRIEND, MAIHAFER, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 86–524.  BERGH ET AL. v. DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION.  C. A. Fed. Cir. Certiorari denied.

No. 86–540.  QUILLEN v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 6th Cir.  Certiorari denied.

No. 86–587.  FORTNA v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 86–596.  SUTHERLAND v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 86–5073.  ABBOTT v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 86–5076.  CURNEW v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 86–5096.  BLACKSTON v. SECRETARY OF THE NAVY. C. A. 3d Cir.  Certiorari denied.

No. 86–5108.  WEBB v. WAINWRIGHT, SECRETARY OF FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.